UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION of MASSACHUSETTS, <br><br> Plaintiff, <br><br> v. <br><br> KATHLEEN SEBELIUS, *et al.*, <br><br> Defendants, <br> and <br><br> UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, <br><br> Defendant-Intervenor. | Civil Action No. 1:09-cv-10038-RGS <br><br> Hon. Richard G. Stearns |

**PLAINTIFF'S MOTION TO UNDESIGNATE DOCUMENTS
IMPROPERLY MARKED AS "CONFIDENTIAL" BY USCCB**

Plaintiff respectfully moves this Court under the protective order entered in this case (Docket #44-1), for an order requiring Defendant-Intervenor United States Conference of Catholic Bishops (USCCB) to undesignated documents it has improperly marked as confidential. As discussed in the supporting memorandum, the parties spent months negotiating a narrow protective order after USCCB first demanded a blanket protective order. USCCB is now using that narrow protective order in a blanket fashion, marking hundreds, if not thousands, of pages as confidential, with no basis in law or fact for doing so. Perhaps most telling of its improper use of the protective order, USCCB has marked as confidential several documents that are identical to those that Plaintiff received through the Freedom of Information Act prior to the inception of this litigation.

USCCB's overdesignation of documents as confidential is not supported by the protective order or Rule 26(c), and is contrary to the First Amendment.  Plaintiff therefore respectfully requests an order requiring USCCB to immediately undesignate deposition exhibits to allow them to be attached to summary judgment pleadings, without filing under seal, and to require USCCB to show good cause why the other documents should be considered confidential.  Moreover, because USCCB's position is not grounded in law or fact, Plaintiff requests an award of attorneys fees under Rule 26(c)(3).

## Certification Under Local Rule 37.1

The undersigned certifies that under Local Rule 37.1, counsel have conferred in good faith to resolve or narrow the issue.  The government Defendants neither consent to nor oppose this motion, and, as detailed in the accompanying memorandum, Defendant-Intervenor objects to the motion.  The undersigned also certifies that the provisions of Rule 37.1 have been complied with as detailed in the accompanying memorandum.

Dated: August 3, 2011

                          Respectfully Submitted,

                            s/Brigitte Amiri
                          Brigitte Amiri*
                          Rose A. Saxe*
                          American Civil Liberties Union Foundation
                          125 Broad Street, 18th Floor
                          New York, NY  10004
                          Phone: 212-549-2633
                          Fax: 212-549-2652
                          bamiri@aclu.org
                          rsaxe@aclu.org

                          Daniel Mach*
                          Heather Weaver*
                          American Civil Liberties Union Foundation

915 15th Street, 6th Floor
Washington, DC 20005
Phone: (202) 675-2330
Fax: (202) 546-0738
dmach@dcaclu.org
hweaver@dcaclu.org

Sarah R. Wunsch, BBO # 548767
ACLU of Massachusetts
211 Congress Street, 3rd Floor
Boston, MA 02110
swunsch@aclum.org
Phone: 617-482-3170, ext. 323

*Motion for *pro hac vice* admission granted

## CERTIFICATE OF SERVICE

I hereby certify that, on this 3rd day of August, a true and correct copy of the foregoing PLAINTIFF'S MOTION TO UNDESIGNATE DOCUMENTS IMPROPERLY MARKED AS "CONFIDENTIAL" BY USCCB was served on the following persons through the electronic filing system:

Peter J. Phipps
Greg Dworkowitz
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044

Attorney for Defendants

Henry C. Dinger
Catalina Azuero
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA  02109

Attorney for Defendant-Intervenor

Dated:  August 3, 2011                           _s/Brigitte Amiri__

BRIGITTE AMIRI